CENTURY FACTORS, INC., v. B. LINDNER & BRO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed so that the appeal can be argued or submitted on the 13th day of June, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORRIS A. FRIEDMAN v. HARRY P. FRIEDMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before May 29, 1930, with notice of argument for June 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN EVISTON.— Motion to dismiss appeal denied on condition that appellant procure the record on appeal and appellant's points to be filed on or before June 2, 1930, with notice of argument for June 12, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ULTRAMARES CORPORATION v. GEORGE TOUCHE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of CHARLES CANCRO and Others, for Payment of Award, etc., re Stebbins Avenue and Intervale Avenue School Site.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM Z. FOSTER and Others, Appellants.— Preference granted for June 3, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SHARP & NASSOIT, INC., v. JOSEPH SILVERSON and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BENARDI and Others.— Motion granted so far as to enlarge the time of the appellants to serve and file the record on appeal and appellants' points to and including May 31, 1930, with notice of argument for June 12, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EVANS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and CAPITAL CITY SURETY COMPANY, Appellants, and FREED HEATER COMPANY and Another.— Motion granted so far as to extend appellants' time to serve and file record on appeal and appellants' points to and including May 23, 1930, with notice of argument for June 4, 1930. The case to be placed at the head of the calendar for Wednesday, June 4, 1930, and be argued or submitted when reached. See memoranda for counsel. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

METROPOLITAN TOBACCO COMPANY, in Behalf of Itself and of All Other Creditors of PARAMOUNT CONCESSIONS, INC., v. PARAMOUNT CONCESSIONS, INC., and SAMUEL HOROWITZ.— Motion denied, unless appellant, Samuel Horowitz, (1) file an undertaking to secure compliance with the order appealed from with all costs and disbursements, and (2) perfect appeal so that it can be argued or submitted on the 13th day of June, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.